[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11067
Non-Argument Calendar
_____

D.C. Docket No. 5:13-cr-00033-ACC-PRL-1


UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

versus

GREGORY A. LEAF,

                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(October 29, 2015)

Before JORDAN, JILL PRYOR and BLACK , Circuit Judges.

PER CURIAM:

Darlene Calzone Barror, appointed counsel for Greg Leaf, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Leaf's Fed. R. Civ. P. 60(b) motion is **AFFIRMED**.